UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ZHABIZ KAZEMINEZHAD | : | |
| | : | Bankruptcy No. 14-11438 |
| Debtor | : | |
| | : | |
| | : | |

# **O R D E R**

AND NOW, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 66)** filed by **RBS Citizens**;

AND, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

3.  **RBS Citizens** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** April 10, 2017.

Dated: **March 27, 2017**

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE