United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11438-amc
Zhabiz Kazeminezhad                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 3              Date Rcvd: May 15, 2019
                               Form ID: 138NEW          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db             +Zhabiz Kazeminezhad,    1295 North Providence Road,    Apt. G105,    Media, PA 19063-1214
cr             +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13295874       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13252401      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    201 Little Falls Dr.,
                 Wilmington, DE 19808)
13252399       +American Express,   P.O. Box 981537,    El Paso, TX 79998-1537
13327462        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13252402       +BAC Home Loans,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8175
13252403      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13252406       +Barclays Bank Delaware,    P.O. Box 8803,   Wilmington, DE 19899-8803
13286672       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13252407       +Chase/Bank One Card Service,    P.O. Box 15298,   Wilmington, DE 19850-5298
13252409       +Citicards CBNA,   701 E 60th St. N.,    Sioux Falls, SD 57104-0432
13252410       +Citizens Bank,    1 Citizens Dr.,   Riverside, RI 02915-3000
13252412       +Direct Loan Svc System,    P.O. Box 5609,   Greenville, TX 75403-5609
13257542      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                 Detroit  MI  48255-0953)
13252416       +Fed Loan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
13252418       +Ford Credit,    P.O. Box 17948,   Greenville, SC 29606-8948
13252419       +Ford Motor Credit,    P.O. Box 542000,   Omaha, NE 68154-8000
13252424       +HSBC Costco Wholesale,    P.O. Box 30253,   Salt Lake City, UT 84130-0253
13252426        M&T Bank,   P.O. Box 800,    Millsboro, DE 19966
13252427       +Phila. Parking Bureau,    c/o Xerox State and Local,    P.O. Box 41819,
                 Philadelphia, PA 19101-1819
13254985       +RBS Citizens,    443 Jefferson Blvd.,   RJW 135,    Warwick, RI 02886-1321
13252429       +Rosetree Crossing I & II/The Westover Co,    1295 N. Providence Road, D-101,
                 Media, PA 19063-1219
13286671       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13252446       +TD Bank USA/Target,    P.O. Box 673,   Minneapolis, MN 55440-0673
13252447      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Corp,    5005 N. River Blvd. NE,
                 Cedar Rapids, IA 52411)
13260709        Toyota Lease Trust,    PO Box 8026,   Cedar Rapids, Iowa   52408-8026
13304266        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13252453       +Wells Fargo Mortgage,    P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:19:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:04      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
13285778       +E-mail/Text: bankruptcy@cavps.com May 15 2019 08:18:30      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13252414        E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20      Discover Financial SVC LLC,
                 P.O. Box 15316,    Wilmington, DE 19850
13252420       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:09:05      GECRB/Car Care One,
                 c/o P.O. Box 965036,    Orlando, FL 32896-0001
13252421       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:09:05      GECRB/HH Gregg,    P.O. Box 965036,
                 Orlando, FL 32896-5036
13252422       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:09:05      GECRB/La-Z Boy,
                 c/o P.O. Box 965036,    Orlando, FL 32896-0001
13252423       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:19      GECRB/Mervyn's,    P.O. Box 965005,
                 Orlandon, FL 32896-5005
13259068        E-mail/PDF: rmscedi@recoverycorp.com May 15 2019 08:08:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13252430       +E-mail/PDF: pa_dc_claims@navient.com May 15 2019 08:09:11      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13252441       +E-mail/PDF: pa_dc_claims@navient.com May 15 2019 08:07:27      Sallie Mae,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
```

```
District/off: 0313-2          User: Randi                   Page 2 of 3                   Date Rcvd: May 15, 2019
                              Form ID: 138NEW               Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13252452        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 08:17:14
                 Verizon,    500 Technology Dr., Suite 300,    Weldon Spring, MD 63304-2225
                                                                                               TOTAL: 14


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13252425         IRS
13252428         Robert E. Alsbrooks
13252400*       +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
13252404*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13252405*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13252408*       +Chase/Bank One Card Service,    P.O. Box 15298,   Wilmington, DE 19850-5298
13252411*       +Citizens Bank,   1 Citizens Dr.,   Riverside, RI 02915-3000
13252415*       ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial SVC LLC,    P.O. Box 15316,
                  Wilmington, DE 19850)
13252413*       +Direct Loan Svc System,    P.O. Box 5609,   Greenville, TX 75403-5609
13252417*       +Fed Loan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
13252431*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252432*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252433*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252434*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252435*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252436*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252437*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252438*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252439*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252440*       +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
13252442*       +Sallie Mae,   P.O. Box 9655,   Wilkes Barre, PA 18773-9655
13252443*       +Sallie Mae,   P.O. Box 9655,   Wilkes Barre, PA 18773-9655
13252444*       +Sallie Mae,   P.O. Box 9655,   Wilkes Barre, PA 18773-9655
13252445*       +Sallie Mae,   P.O. Box 9655,   Wilkes Barre, PA 18773-9655
13252448*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N. River Blvd. NE,
                  Cedar Rapids, IA 52411)
13252449*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N. River Blvd. NE,
                  Cedar Rapids, IA 52411)
13252450*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N. River Blvd. NE,
                  Cedar Rapids, IA 52411)
13252451*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N. River Blvd. NE,
                  Cedar Rapids, IA 52411)
                                                                                           TOTALS: 2, * 26, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
```

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: May 15, 2019
                              Form ID: 138NEW          Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOHN P. ATTIANI    on behalf of Debtor Zhabiz  Kazeminezhad johnattiani@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Zhabiz Kazeminezhad
    Debtor(s)

Bankruptcy No: 14–11438–amc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/14/19

70 – 69
Form 138_new