Certificate Number: 14751-PAE-DE-032856120

Bankruptcy Case Number: 14-11438


14751-PAE-DE-032856120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2019, at 8:12 o'clock PM PDT, Zhabiz Kazeminezhad completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.



FILED
MAY 2 4 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Date: May 21, 2019         By:    /s/AMEY AIONO

                           Name:  AMEY AIONO

                           Title: Certified Credit Counselor